No. 80–1925. UNITED TRANSPORTATION UNION v. LONG ISLAND RAILROAD CO. ET AL. C. A. 2d Cir. Certiorari granted.

No. 80–1690. AMERICAN MEDICAL ASSN. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari granted. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 80–1714. BRITTON, CORRECTIONS COMMISSIONER, ET AL. v. EVANS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 80–2049. RALSTON, WARDEN v. ROBINSON. C. A. 7th Cir. Motion of the Solicitor General to expedite consideration of the petition for writ of certiorari granted. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 80–6045. KREMER v. CHEMICAL CONSTRUCTION CORP. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 80–1319. FLORIDA v. STUART. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 80–1338. WATERVAL v. DISTRICT COURT IN AND FOR EL PASO COUNTY, COLORADO, ET AL. Sup. Ct. Colo. Certiorari denied.

No. 80–1491. TELTRONICS SERVICES, INC. v. L. M. ERICSSON TELECOMMUNICATIONS, INC. C. A. 2d Cir. Certiorari denied.